UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| MELANIE PATRICIA DAYS, | ) | Case No. 11-50592-399 |
| | ) | Chief Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| THE KEEFE LAW FIRM, | ) | **Adversary No. 15-4123-659** |
| | ) | |
| | ) | **PUBLISHED** |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| MELANIE PATRICIA DAYS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The matter before the Court is the Complaint Objecting to Discharge of Debts. For the reasons set forth in the Court's Findings of Facts and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in the Complaint Objecting to Discharge of Debts is **DENIED** and judgment is entered in favor of Debtor/Defendant and against Plaintiff in that the debt is discharged and this is the final judgment and Order of this Bankruptcy Court in this case.

						_Kathy A. Surratt-States_
						KATHY A. SURRATT-STATES
						Chief United States Bankruptcy Judge

DATED: October 26, 2015
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

The Keefe Law Firm
8000 Bonhomme Ave Ste 112
Suite 112
St Louis, MO 63105

Martin K. Lundkvist
Lundkvist & Associates
317 North 11th Street, Ste. 403
St. Louis, MO 63101

Diane J Keefe
8000 Bonhomme Ave
Ste. 112
St. Louis, MO 63105

Patrick W. Keefe
The Keefe Law Firm
8000 Bonhomme Avenue
Suite 112
St. Louis, MO 63105

Melanie Patricia Days
3939 Canterbury
Saint Louis, MO 63121